**COURT OF CHANCERY
OF THE
STATE OF DELAWARE**

Sam Glasscock III
VICE CHANCELLOR

CHANCERY COURTHOUSE
34 The Circle
GEORGETOWN, DELAWARE 19947
AND
NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 11400
WILMINGTON, DELAWARE 19980-3734

October 14, 2016

Peter B. Andrews, Esquire
Craig J. Springer, Esquire
David M. Sborz, Esquire
Andrews & Springer, LLC
3801 Kennett Pike
Building C, Suite 305
Wilmington, DE  19807

Kenneth J. Nachbar, Esquire
Thomas P. Will, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

RE:  Brett Kandell, et al. v. Dror Niv, et al.
C.A. No. 11812-VCG

Dear Counsel:

It was brought to my attention today that the parties have filed a Stipulation Extending the Word Limit and a request for an Order extending the word limit to 16,000 words per brief.  I also note that the Opening Brief is due on Monday, October 17.  Rather than throw the briefing schedule into turmoil, I have granted the Order to extend the word limit.  Please be aware, however, that a motion to extend the word limit should be brought to the presiding judge's attention in sufficient time for him to consider the request, accompanied by a statement of good cause.  Presenting the Court with a Morton's Fork—blow up the briefing schedule or accede to the request—should, in the future, be avoided.

To the extent that the foregoing requires an Order to take effect, IT IS SO ORDERED.

Sincerely,

/s/ Sam Glasscock III

Vice Chancellor

cc:     Register in Chancery